IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.   1:17-CR-355 (LEK) |
| | ) |
| v. | ) **Information** |
| | ) |
| LEONEL ANTONIO RODRIGUEZ AYALA, | ) Violation:   8 U.S.C. § 1326(a) |
| | ) [Illegal Re-entry] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Saratoga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Illegal Re-entry]**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
NOV 3 0 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

On or about October 24, 2017, in Saratoga County in the Northern District of New York, the defendant, **LEONEL ANTONIO RODRIGUEZ AYALA**, an alien, who had been removed from the United States, was thereafter found in the United States near Saratoga Springs, New York, without having obtained the express consent of the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated: November 13, 2017

GRANT C. JAQUITH
Acting United States Attorney

By: _____
Edward P. Grogan
Assistant United States Attorney
Bar Roll No. 506388